# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANNA SCHEURN,<br><br>　　　　Plaintiff,<br>　vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | Case No.: CV 09-8461-DMG(VBKx)<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>[12]　　[JS-6] |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   May 17, 2010

_____
Dolly M. Gee
United States District Judge

---

[Proposed] Order